IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:25 CR 0 0 1 4 0 |
| v. | ) | |
| | ) | |
| STEVEN WRIGHT, | ) | MOTION TO SEAL INDICTMENT |
| | ) | |
| Defendant. | ) | |

FILED
APR - 2 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Now comes the United States of America, by and through counsel, Carol M. Skutnik, Acting United States Attorney, and Yasmine Makridis, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): to ensure apprehension and public safety.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By: _____
Yasmine Makridis (OH: 0090632)
Assistant United States Attorney
100 E. Federal Street, City Centre One;
Suite 325
Youngstown, OH 44503
(330) 740-6992
(330) 746-0239 (facsimile)
Yasmine.Makridis@usdoj.gov