IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:25-cr-00140 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | CARMEN E. HENDERSON |
| ) | |
| STEVEN WRIGHT, ) | **ORDER OF DETENTION PENDING** |
| ) | **HEARING** |
| Defendant. ) | |

Upon motion for a continuance pursuant to Title 18, United States Code, Section 3142(f), made by counsel for defendant and/or the government, it is hereby ordered that a detention hearing is set for Wednesday, April 09, 2025 at 10:00 AM before Magistrate Judge Reuben J. Sheperd at U.S. Courthouse, 801 W. Superior Ave., Cleveland, OH 44113.

It is further ordered pending this hearing the Defendant shall be held in custody by the United States Marshal and shall be produced for the detention hearing.

**IT IS SO ORDERED.**

*Carmen Henderson*      Dated: April 3, 2025
_____
**Carmen E. Henderson**
**United States Magistrate Judge**